IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DONALD PAUL KRAFT, 32199-044,     ) | |
|     Plaintiff,     ) | |
| v.     ) | No. 3:09-CV-1526-M |
|     ) | ECF |
| M. CRUZ, WARDEN,     ) | |
| FEDERAL CORRECTIONAL     ) | |
| INSTITUTION SEAGOVILLE,     ) | |
|     Defendant.     ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 9th day of March, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS